| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SHAWN AUGUST OLSON,<br><br>    *Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    *Defendant.* | § § § § § § § § § § § | CIVIL ACTION NO. 1:18-CV-352 |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 16) recommending the court reverse and remand the Commissioner's decision for further administrative proceedings. No objections have been filed by either party. Accordingly, the court ADOPTS the report and recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 11th day of September, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE