| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SHAWN AUGUST OLSON, §
§
*Plaintiff*, §
§
versus § CIVIL ACTION NO. 1:18-CV-352
§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
*Defendant*. §

### MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition. Judge Giblin submitted a report recommending that the Court grant the plaintiff's motion for attorney fees under the Equal Access to Justice Act. No party has filed objections to the magistrate judge's report. The Court ORDERS that the Report and Recommendation of the United States Magistrate Judge (#23) is ADOPTED. The Court further ORDERS that the motion for attorney fees (#19) is GRANTED. The Commissioner of Social Security is directed to pay the plaintiff, Shawn August Olson, attorney fees under the Equal Access to Justice Act in the amount of $6,698.30 as recommended in Judge Giblin's report. It is finally ORDERED that the Commissioner mail this award to the plaintiff in care of his attorney, Howard D. Olinsky, at the attorney's office address. This award is subject to any beneficial, contractual and/or assignment-based interests held by counsel.

SIGNED at Beaumont, Texas, this 25th day of January, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE